# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY ROSS BLACK,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 72464

FILED

MAY 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On February 21, 2017, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent that appellant appeals from the orders denying a motion for judicial action and denying a request for reconsideration, no statute or court rule permits an appeal from such orders. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action on the pro se documents filed in this case.

cc: Hon. Susan Johnson, District Judge
Anthony Ross Black
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk